UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

U.S.A
    -v-

Feaggins

    # 13cr494 (JFK)

-------------------------------------X

The conference in this case is adjourned from July 14, 2021 to July 21, 2021 at 11:30 am in Courtroom 20-C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-6-21

SO ORDERED.

Dated: New York, New York

7-6-21

/s/ John F. Keenan
JOHN F. KEENAN
United States District Judge