# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 6, 2021

*By ECF and e-mail*

Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Harmon Feaggins*, 13 Cr. 494 (JFK)

Dear Judge Keenan:

    I write on consent (Assistant U.S. Attorney Andrea Griswold and U.S. Probation Officer Amber Wilton) to respectfully request that the Court modify the conditions of Mr. Feaggins' bail to allow him to remain in Pennsylvania through July 8, 2021.

    Mr. Feaggins was arrested on July 2, 2021 for allegedly violating the conditions of supervised release. He was presented before Magistrate Judge Freeman, who set conditions of release including a $10,000 bond co-signed by one financially responsible person, and travel restricted to the Southern District of New York. Judge Freeman, however, allowed Mr. Feaggins to travel to Pennsylvania as previously planned to celebrate the holiday weekend with his family. Mr. Feaggins was to return on July 7, 2021.

    Mr. Feaggins has family responsibilities that require him to remain in Pennsylvania for an additional day. Accordingly, we respectfully request that the Court modify the conditions of release to allow him to remain in Pennsylvania until July 8, 2021, after which his travel will be restricted to the Southern District of New York. As noted above, both the Government and the Probation Office consent to the requested modification. In addition, the co-signer to the bond has been interviewed and approved by the U.S. Attorney's Office.

                        Respectfully submitted,

```
Defendant's request is GRANTED.

SO ORDERED.

Dated:  New York, New York
        July 7, 2021
```

                                                        John F. Keenan
                                                United States District Judge